IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| OLUWAGBEMIGA OTUFALE, | : | |
| | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| | : | PRISONER HABEAS CORPUS |
| | : | 28 U.S.C. § 2255 |
| | : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | 1:22-cr-00224-LMM-CCB-1 |
| | : | |
| | : | CIVIL ACTION NO. |
| UNITED STATES OF AMERICA, | : | 1:24-cv-4197-LMM-CCB |
| | : | |
| | : | |
| Respondent. | : | |

## ORDER

This matter is before the Court on Petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, Dkt. No. [58]; Petitioner's amended § 2255 motion, Dkt. No. [60]; and the Magistrate Judge's Report and Recommendation on the motions, Dkt. No. [64].[1] No objections have been filed in response to the Magistrate Judge's Report and Recommendation.

Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error. It finds none. Accordingly, the Court **ADOPTS**

---

[1]    The record citations refer to the case numbers appearing on the criminal docket.

1

the Magistrate Judge's Report and Recommendation, Dkt. No. [64], as the

opinion of the Court: Petitioner's original § 2255 motion to vacate, set aside, or

correct sentence under 28 U.S.C. § 2255, Dkt. No. [58], is **DENIED AS MOOT**;

his amended § 2255 motion, Dkt. No. [60], is **DENIED**; and no certificate of

appealability shall issue.[2]

The Clerk is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED** this 16th day of March, 2026.

Leigh Martin May
**Leigh Martin May**
**Chief United States District Judge**

---

[2]      Petitioner is advised that he may not appeal the denial of a certificate
of appealability but may seek a certificate from the Court of Appeals under
Rule 22 of the Federal Rules of Appellate Procedure. 28 U.S.C. foll. § 2255,
Rule 11(a).